IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD RIPPENKROEGER, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>STILLWATER CENTRAL RAILROAD, )<br>INC., BURLINGTON NORTHERN )<br>SANTA FE RAILWAY COMPANY, and )<br>WATCO COMPANIES, INC., )<br>)<br>Defendants. ) | Case No. CIV-08-1148-F |

## ADMINISTRATIVE CLOSING ORDER

As the parties have reached a settlement and compromise of this matter, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the proceedings.

If the parties have not reopened this case within  60  days of this date for the purpose of dismissal pursuant to the settlement and compromise, plaintiff's action shall be deemed to be dismissed with prejudice. The court retains jurisdiction over the parties and the subject matter for the purpose of enforcement of any settlement agreement by summary process if necessary and appropriate.

Entered this 19th day of January, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-1148p020.wpd